# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**LARRY M. BERKLEY**                                                         **PETITIONER**

**V.**                        **CASE NO. 3:20-CV-3035**

**WARDEN MYERS**                                                        **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on March 4, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of March, 2021.

                                                            /s/ Timothy L. Brooks
                                                            TIMOTHY L. BROOKS
                                                            UNITED STATES DISTRICT JUDGE